**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Earl Douglas Redford, Jr., | ) | No. CV-06-2643-PHX-FJM |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, et al., | ) | |
| Respondents. | ) | |

The court has before it petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1), respondents' answer (doc. 10), petitioner's reply (doc. 11), and supplement to his reply (doc. 12). We also have before us the Report and Recommendation of the United States Magistrate Judge (doc. 29). No objection to the Report and Recommendation was filed and the time to object has now passed.

The Magistrate Judge recommends denying the Petition for the reason that it is untimely under the Anti-Terrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244(d), and, alternatively, because petitioner's claims are procedurally barred. We accept the recommended decision of the Magistrate Judge pursuant to Rule 8(b), Rules Governing

1    § 2254 Cases.  Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas

2    Corpus (doc. 1).

3             DATED this 17th day of January, 2008.

4

5    _____

6                         Frederick J. Martone
                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28